UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: CONRAD OTANI | Case No: 16-12039<br>Claim No.: 1<br><br>Withdrawal of Proof of Claim |

Creditor, Discover Bank, hereby notifies the Court and the Trustee that

Claim No. 1 filed on 07/29/2016 is hereby withdrawn.

By: /s/ Darlene Slusher
Sr. Bankruptcy Specialist
Discover Bank
Discover Products Inc